IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHEENA LYNN TUBBS,**

   *Petitioner*,

v.                                    Case No.: 5:23cv284-MW/ZCB

**RICKY DIXON,**

   *RESPONDENT*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 14, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED with prejudice** as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 7, 2024.**

                                                          **s/Mark E. Walker**
                                                          **Chief United States District Judge**